UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JEREMY M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:24-cv-00096-MJD-JPH |
| | ) |
| MARTIN O'MALLEY Commissioner of the Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the Court on Defendant's Agreed Motion for Reversal with Remand for Further Administrative Proceedings. [Dkt. 16.] The motion is **GRANTED**. On remand, the ALJ shall (1) offer Plaintiff the opportunity for a new hearing; (2) evaluate the medical opinion evidence and prior administrative medical findings pursuant to the relevant regulations; (3) give further consideration to Plaintiff's residual functional capacity; (4) take any further action necessary to complete the administrative record; and (5) issue a new decision.

SO ORDERED.

Dated: 30 AUG 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.